1  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
2  SCOTT R. LACHMAN, ESQ.
   Nevada Bar No. 12016
3  **AKERMAN LLP**
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: melanie.morgan@akerman.com
6  Email: scott.lachman@akerman.com

7  *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.: 23:20-cv-00318-RCJ-WGC |
| Plaintiff, | |
| vs. | **ORDER GRANTING MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| WINGFIELD SPRINGS COMMUNITY ASSOCIATION, | |
| Defendant. | |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Nationstar Mortgage LLC provides notice that Darren T. Brenner, Esq., is no longer associated with the law firm of Akerman LLP.

…

…

…

…

…

…

…

…

…

…

{54038969}

Akerman LLP continues to serve as counsel for Nationstar Mortgage LLC in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Melanie D. Morgan, Esq. and Scott R. Lachman, Esq.

DATED this 29th day of July, 2020.

**AKERMAN LLP**

*/s/ Melanie D. Morgan*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Plaintiff*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: July 30, 2020.

_____
UNITED STATES MAGISTRATE JUDGE
Case No.: 3:20-cv-00318-RCJ-WGC

{54038969}                    2